**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2399**

DAVID LEROY HOLSTON,

             Plaintiff - Appellant,

       v.

THE CAPITOL, Washington, DC,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:14-cv-01078-AJT-IDD)

Submitted:  March 17, 2015          Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Leroy Holston, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Leroy Holston appeals the district court's order granting Defendant's motion to dismiss his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holston v. The Capitol, No. 1:14-cv-01078-AJT-IDD (E.D. Va. Nov. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED